DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **03-09645-PCW7** |
|---|---|
| **JAY N. MOORE & SUSAN MIDGE MOORE, a/k/a MIDGE MOORE,** | Chapter **7** |
| Debtors. | **TENDER** |

TO:   Clerk of the United States Bankruptcy Court

There is tendered herewith the sum of $87.38, WHICH SUM HAS REMAINED UNCLAIMED FOR NINETY (90) DAYS after the final dividend in this case has been declared. The dividends unclaimed are:

| Name | Address | Amount |
|---|---|---|
| Citi Cards | PO Box 3671<br>Urbandale, IA 50323 | $87.38 |

This tender is made in accordance with the requirements of the Bankruptcy Code.

DATED this 1st day of February, 2010.

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Dan O'Rourke
   DAN O'ROURKE, WSBA #4911

Tender-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159